**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

| | |
|---|---|
| **IN RE:**<br>**MANDS ELECTRIC NC LLC,**<br>**Debtor.** | **Chapter 11**<br>**Case No.: 26-01997-5-DMW** |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, a copy of the Debtor's Motion to Value Collateral and Determine Secured Status of Liens Held by Santander Consumer USA Inc. Pursuant to 11 U.S.C. § 506(a), the Notice of Motion, and the Proposed Order Granting the Motion were served via U.S. Mail, first class, postage prepaid, upon the following parties:

**Santander Consumer USA Inc.**
Attn: Managing Agent/Officer
P.O. Box 961245
Fort Worth, TX 76161-1245

Dated: August 4, 2026

**WALDREP WALL BABCOCK & BAILEY PLLC**

*/s/ Jennifer B. Lyday*
Jennifer B. Lyday, N.C. Bar No. 39871
3600 Glenwood Avenue, Suite 210
Raleigh, NC 27612
Telephone: (919) 589-7985
Email: jlyday@waldrepwall.com

*Counsel for the Debtor*